AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 2 3 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Carlos Omar Zelaya-Romero

## CRIMINAL COMPLAINT

Case Number: M-19-2000-M

IAE   YOB: 1977
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Omar Zelaya-Romero was encountered by Border Patrol Agents near Roma, Texas on August 22, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on August 22, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 18, 2013 through Harlingen, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 19, 2012, the Defendant was convicted of 8 USC 1326 Illegal Re-entry into the United States and sentenced to time served and one (1) year supervised release term.

Approved AUSA [signature] 8-23-19

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Miguel A. Valle    Border Patrol Agent

Sworn to before me and subscribed in my presence,

**August 23, 2019**    4:17 pm

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer